STEPHEN H. DYE (SBN 104385)
  e-mail: sdye@schnader.com
RICHARD J. MAY (SBN 234684)
  e-mail: rmay@schnader.com
SCHNADER HARRISON SEGAL & LEWIS LLP
650 California Street, 19th Floor
San Francisco, California 94108-2736
Telephone: (415) 364-6700
Facsimile: (415) 364-6785

Attorneys for Defendant
FORD MOTOR COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| CHARLES DIETZ, | **Case No. 2:18-cv-00737-MCE-DB** |
|---|---|
| Plaintiff, | **ORDER GRANTING STAY PENDING DETERMINATION OF TRANSFER FOR COORDINATION WITH MULTIDISTRICT LITIGATION** |
| vs. | |
| FORD MOTOR COMPANY; and DOES 1 through 10, inclusive, | Complaint Filed: March 1, 2018 |
| Defendants. | Trial Date: None Set |

SCHNADER HARRISON SEGAL & LEWIS LLP
650 CALIFORNIA STREET, 19TH FLOOR
SAN FRANCISCO, CA 94108-2736
TELEPHONE: (415) 364-6700
FAX: (415) 364-6785

[PROPOSED] ORDER GRANTING STAY, et al.

Before the Court is ex parte motion of defendant Ford Motor Company to stay proceedings until the Judicial Panel on Multidistrict Litigation (JPML) decides whether to transfer this action to the Central District of California for inclusion in *In re: Ford Motor Co. DPS6 PowerShift Transmission Products Liability Litigation*, MDL No. 2814 (the MDL).

Good cause appearing, the Court GRANTS defendant's ex parte motion. This case is STAYED pending a final decision by the JPML whether to transfer this case for inclusion in the MDL. All filing deadlines and hearing dates are VACATED.

Not later than sixty days following the date this order is electronically filed, and every sixty days thereafter, the parties are directed to file a joint status report advising the Court as to the status of the JPML's decision to transfer this action.

IT IS SO ORDERED.

Dated:  April 16, 2018

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING STAY, et al.